UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF ADRIENNE BOULWARE, et al.,

Plaintiffs,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

Case No. 1:26-cv-05123-JLT-FJS

ORDER GRANTING STIPULATION TO EXTEND DEADLINES

(ECF No. 10)

On August 27, 2026, the parties submitted a stipulation to extend the deadlines for Defendants California Department of Corrections and Rehabilitation and A. DeLaCruz to file a responsive pleading by twenty-eight (28) days. (ECF No. 10.) The court, having considered the stipulation, and good cause appearing, ORDERS the following:

The responsive pleading deadline for Defendants California Department of Corrections and Rehabilitation and A. DeLaCruz is extended to September 25, 2026.

IT IS SO ORDERED.

Dated: **August 31, 2026**

UNITED STATES MAGISTRATE JUDGE