UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ADRIENNE BOULWARE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | 1:26-cv-05123-JLT-FJS (PC)<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS<br><br>(ECF No. 14) |

On September 30, 2026, Plaintiffs the Estate of Adrienne Boulware, Michaela Nelson, Tyresha Reed, Shante Rogers, and Cynthia Rogers (collectively, "Plaintiffs") moved the court for an order extending the time to serve Defendants Officer Stanley and Officer Bazan for a period of one hundred and twenty (120) days, up to and including January 29, 2027. (ECF No. 14.)

Having considered Plaintiffs' motion (ECF No. 14), the court finds good cause to grant Plaintiff an extension of time to effect service because Plaintiffs have acted diligently to effect service upon Defendants to date, and Plaintiffs require the extension continue to ascertain the whereabouts of Defendants Officer Stanley and Officer Bazan.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' motion for extension of time to complete service of process (ECF No. 14) is GRANTED; and

2. Plaintiffs shall have up to and including January 29, 2027, to complete service of

process on Defendants Officer Stanley and Officer Bazan; and

3. The motion hearing set for November 6, 2026, is VACATED.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE